# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### FORT WAYNE DIVISION

| | |
|---|---|
| NATALEE RIDENOUR, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )      **CAUSE NO. 1:13-CV-154** |
| | ) |
| ORGANON USA, INC.; ORGANON | ) |
| INTERNATIONAL, INC.; MERCK & CO, | ) |
| INC.; SCHERING CORPORATION; N.V. | ) |
| ORGANON; and MERCK SHARP & | ) |
| DOHME CORP.; | ) |
| | ) |
| **Defendants.** | ) |

## OPINION AND ORDER

This case was filed in this Court on May 9, 2013, based on diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). (Docket # 1.) Although the Complaint properly alleges the citizenship of five of the six Defendants, it makes no allegations as to the citizenship of Defendant Organon International, Inc.

The use of the designation "Inc." indicates that Organon International is a corporation. Corporations "are deemed to be citizens of the state in which they are incorporated *and* of the state in which they have their principal place of business." *N. Trust Co. v. Bunge Corp.*, 899 F.2d 591, 594 (7th Cir. 1990) (emphasis added); *see* 28 U.S.C. § 1332(c)(1). The term "principal place of business" refers to the corporation's "nerve center"—the place where a corporation's officers direct, control, and coordinate the corporation's activities. *Hertz Corp. v. Friend*, 130 S. Ct. 1181, 1192 (2010). Thus, the Court must be apprised of both facts—the state of incorporation and the state in which the principal place of business is located—with respect to

Defendant Organon International, Inc.

Therefore, Plaintiff is ORDERED to supplement the record by filing an Amended

Complaint on or before May 28, 2013, properly alleging the citizenship of Defendant Organon

International, Inc.

SO ORDERED.

Enter for this 14th day of May, 2013.

/S/ Roger B. Cosbey
Roger B. Cosbey,
United States Magistrate Judge